IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROSARIO PEREZ, : | |
| Plaintiff, : | |
| v. : | Case No. 3:16-cv-390 |
| RICKY CHAMPION, et al., : | JUDGE WALTER H. RICE |
| Defendants. : | |

ORDER DISMISSING CASE WITHOUT PREJUDICE; JUDGMENT TO
ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF;
TERMINATION ENTRY

On December 19, 2016, the Court issued an Order directing Plaintiff to show cause, in writing, within 14 days, as to why this action should not be dismissed without prejudice for failure to timely serve Defendants. Doc. #4. Plaintiff has not filed a response to that Show Cause Order. Accordingly, pursuant to Fed. R. Civ. P. 4(m), the Court DISMISSES WITHOUT PREJUDICE the above-captioned case, for failure to effect timely service.

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: January 12, 2017

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE